# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. **14-cv-61500-Bloom/White**

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

[illegible] TO APALACHEE CORRECTIONAL
[illegible] ON [illegible] DATE FOR MAILING

FILED by [signature] D.C.
JUN 3 0 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 14-cv-61500-Bloom/White

GENE RAMIREZ
(Write the full name of the plaintiff)

cat / div 1983 / 550 / Broward County
Case # ______
Judge ______ Mag PAW
Motn Ifp YES Fee pd $ NO
Receipt # ______

VS. CITY OF FORT LAUD. FLORIDA MUNICIPAL
BROWARD SHERIFFS OFFICE, BSO CHIEF AL LAMBERTI
FT. LAUD. POLICE OFFICER CARLOS GUERRA / FORT LAUDERDAL FIRE DEPARTMENT
BSO-MAIN COUNTY JAIL & ARMOR CORRECTIONAL HEALTH INC.
(WRITE the full name of the defendants in this case)

COMPLAINT UNDER THE CIVIL RIGHT'S ACT, 42 U.S.C. §1983

Party information

A. Plaintiff Gene Ramirez

Address APALACHEE CORRECTIONAL INSTITUTIONS EAST UNIT
35 APALACHEE DR.
SNEADS, FLORIDA, 32460

Inmate/Prison No.: #193360

Year of Birth 1971 (Do not include day or month, pursuant to Fed R. Civ P. 52)

(Write your name, address and prison/inmate number, if applicable)

VS.

"SEE ATTACHED PAGE"

B. Defendant: ______ Defendant: ______

Official Position: ______ Official Position: ______

Place of Employment: ______ Place of Employment: ______

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

# DEFENDANTS

#(1). BSO CHIEF Al LAMBERTI
official Position: CHIEF BSO BROWARD SHERIFFS OFFICE
Place of employment: City of FORT LAUDERDALE FLORIDA

#(2). CITY OF FORT LAUD. MUNICIPAL

#(3). FORT LAUD. FIRE DEPT
CITY OF FORT. LAUD. FL.

#(4). BSO MAIN JAIL BROWARD SHERIFFS OFFICE MAIN COUNTY JAIL
CITY OF FORT. LAUD. FL.

#(5). ARMOR CORRECTIONAL HEALTH INC.

#(6). POLICE OFFICER CARLOS GUERRA
WORK) FORT LAUD. POLICE DEPARTMENT, POLICE OFFICER
Place of EMPloyment) CITY of FORT. LAUD. POLICE DEPARTMENT.
BROWARD COUNTY FORT LAUDERDALE FLORIDA.

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

THIS LAW SUIT STEM FROM THE PLAINTIFFS INVOLVEMENT IN A CAR-BIKE ACCIDENT IN WHICH THE PLAINTIFF WAS STRUCK ON A MAJOR HIGHWAY RD, IN THE CITY OF FT. LAUD. ON 27 AVE AND 4th CT. THE 23rd DAY OF APRIL 2010 AT APPROXIMATELY 4:00(AM) THE IMPACT AFTER THE PLAINTIFFS BODY COLLIDED WITH THE AUTO DRIVEN BY A THOMAS DORICO LEFT THE AUTO DAMAGED WITH VISIBLE LARGE DENTS THAT CAUSED THE METAL OF THE PASSENGERS SIDE ALONG A BROKEN SIDE MIRROR AND OTHER SCRATCHS CARVED INTO THE AUTOS PAINT FROM THE SMALL BICYCLES FRAME. PLAINTIFFS BODY WAS SEEN BEING EJECTED INTO THE AIR SEE EXHIBIT "A" & "B" WITNESS STATEMENT JOHN LEHMAN, CRASH REPORT. CAUSING HIM TO LAND ROUGHLY ON THE BARE PAVEMENT. WITHOUT WEARING HEAD GEAR OR A SHIRT, AND PLAINTIFF LAYED UNCONSCIOUS AFTER THE ACCIDENT SEE EXHIBIT "A" PAGE 3 line 50 PLAINTIFFS MEDICAL CONDITION WAS NEVER ATTENDED TO. BY THE EMS TEAM PRESENT ON SCENE. THE WITNESS JOHN LEHMAN FOUND PLAINTIFFS BODY IN THIS UNCONSCIOUSNESS CONDITION SEE EXHIBIT "A" PAGE 3 AND CALLED 911 AND EXPLAINED TO THE OPERATOR HE JUST OBSERVED AN ACCIDENT AND THAT THERE IS A MAN LAYING ON THE ROAD FROM THE CAR-BIKE ACCIDENT. THE PLAINTIFF GENE RAMIREZ ENTERS HIS 42 U.S. 1983 LAW SUIT ALLEGING THAT BSO SHERIFF CHIEF LAMBERTI · AND THE CITY OF FT. LAUD. AND THE FT. LAUD. FIRE DEPT. ALONG THE BSO MAIN JAIL, AND BSO MAIN JAIL CARE PROVIDERS WERE DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS. THE PLAINTIFF FEELS THAT FOR THE FOLLOWING PRESENTATION THAT INCLUDE HIS JAIL MEDICAL RECORDS SEE EXHIBIT "C" PLAINTIFF FEELS HE SHOULD BE ALLOWED TO PROCEED WITH HIS 42 U.S. 1983 LAW SUIT AGAINST BSO

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

THE PRO-SE PLAINTIFF GENE RAMIREZ IN HIS 42 U.S. 1983 LAW SUIT SEEKS MONETARY DAMAGES - AS HE WILL DESCRIBE IN HIS STATEMENTS I.E. PLAINTIFF HAS COSTS OF HOSPITAL VISIT A YEAR AFTER THE ACCIDENT DO TO HEAD INJURIES, AND PLAINTIFF HAS SCARS LEFT ON BODY THAT PERMANENTLY DISFIGURED HIM. And PLAINTIFF HAS BEEN DETAINED WITHOUT WORK AND INCOME, AND DEPRIVED OF LIFE AND LIBERTY

CONTINUE: ....

STATEMENT OF CLAIM

PART II

SHERIFF AL LAMBERTI AND THE CITY OF FORT. LAUD. AND THE FORT. LAUD. FIRE DEPT. & BSO MAIN JAIL FACILITY ALONG BSO MAIN JAIL & CARE PROVIDERS ARMOR CORR. HEALTH INC. #1 DO TO THE EMS TEAM FAILURE TO PERFORM FIRST AID OR EXAMINE THE PLAINTIFF FOR ANY INJURIES KNOWN TO BE CAUSED TO A HUMAN BY A TRAVELING AUTO. ON 04-23-10. THE FORT. LAUD. FIRE DEPT. WAS TRANSMITTED THE INFORMATION BY THE 911 OPERATORS OF A MAN LAYING ON THE ROAD, DO TO BEING STRUCK BY AN AUTO WHILE RIDING UPON A BIKE. THE PLAINTIFF WAS THIS BICYCLIST. THE PLAINTIFF CLAIMS THAT THE EMS TEAM FAILURE TO PERFORM AN ON SCENE BASIC PHYSICAL EXAMINATION OF THE INJURED VICTIM-PLAINTIFF AS REQUIRED BY THEIR OWN POLICIES AFTER BEING SUMMONED TO AN EMERGENCY OF AN ACCIDENT WITH KNOWN HUMAN HIGH RISKS OF PHYSICAL AND MENTAL INJURIES GIVES RAISE TO A NON-FRIVOLOUS CLAIM THAT AN AUTO TRAVELING ON A MAJOR HIGHWAY RD. WITH SPEED RATES OF 45MPH WHEN STRIKING A HUMAN WOULD CAUSE HIM TO SUFFER SERIOUS TYPE OF PAINFUL INJURIES ALONG MENTAL DISTURBANCES. ON SCENE THE PLAINTIFF WAS EXPLOSIVE IN BEHAVIOR BUT THEN WAS SECURED BY POLICE WITHOUT NO USE OF FORCE. A REASONABLE GIVEN ESTIMATE WOULD BE THAT THE PLAINTIFF WAS UNCONSCIOUS FOR 3-5 MINUTES. ALL WITNESSES DESCRIBED THE PLAINTIFF AS BEING IN A EXTREME STATE OF DISCONTROL. AND ONCE THE PLAINTIFF WAS RESTRAINED AND SECURED BY THE POLICE THE EMS DID NOTHING FOR THE PLAINTIFF WITHIN THEIR MEDICAL PROFESSIONAL KNOWLEDGE TO ADMINISTRATE MEDICAL ATTENTION. INSTEAD LEFT THE SCENE WHILE THE PLAINTIFF WAS COVERED IN BLOOD AND VISIBLE BLEEDING WOUNDS. THAT OBVIOUSLY WOULD COME FROM THE ACCIDENT. #2 THE PLAINTIFF

#2 ALSO CLAIMS THAT HE WAS TRANSPORTED BY THE FT. LAUD. POLICE & THAT ARE TRAINED BY THE CITY OF FORT LAUD. UNDER CHIEF AL LAMBERTI. THE OFFICERS RECKLESS DISREGARD PUT PLAINTIFFS LIFE AT RISK BY FAILING TO TAKE PLAINTIFF TO A HOSPITAL AFTER PLAINTIFF REQUESTED MEDICAL HELP. THE PLAINTIFF WAS UNDER ARREST AND THIS PLACED PLAINTIFF UNDER THE FT. LAUD. OFFICERS CARE. CHIEF AL LAMBERT AND .....

STATEMENT OF CLAIM

PART II....

FORT LAUD. CITY FAILED TO ADEQUATELY TRAIN THEIR OFFICERS HAVING TO DO WITH SITUATIONS THAT MANDATORY REQUIRE MEDICAL EMERGENCY ASSISTANCE, AGAIN THE INJURIES SUSTAINED BY THE PLAINTIFF WERE VISIBLE AND BLEEDING. PLUS THIS ACCIDENT IS OF THE KIND THAT WOULD PLACE A TRAINED OFFICER ON NOTICE THAT UNDETECTED INJURIES EXISTED, BECAUSE OF PLAINTIFFS EXTREMELY EXPLOSIVE BEHAVIOR. DURING THE OFFICERS ENCOUNTER WITH PLAINTIFF / PLAINTIFFS REQUEST WERE ALSO DENIED, AND PLAINTIFF WAS TRANSPORTED UNDER THESE CONDITIONS. #3 UPON ARRIVAL AT THE BSO MAIN JAIL THE INTAKE JAIL PERSONEL ACCEPTED THE PLAINTIFF SEMI UNCONSCIOUS IN VIOLATION OF THEIR POLICIES AGAIN WITH MULTIPLE BLEEDING WOUNDS THE PLAINTIFF WAS NEVER TREATED AND ENTERED INTO A TOTAL DISCONTROL STAGE INSTEAD OF SEEKING TO UNCOVER THE PLAINTIFFS CONDITION THE JAIL OFFICERS FAILED TO PROVIDE THAT ADEQUATE CARE BE ADMINISTRATED TO AN INJURED INCOMING INMATE BEFORE ACCEPTING HIM INTO THEIR FACILITY THIS WAS THE FAILURE THAT PLACES BSO MAIN JAIL - CHIEF LAMBERTI AS DEFENDANT AND IN VIOLATION OF THEIR JAIL POLICIES AND PUT PLAINTIFFS LIFE AT RISK. #4 PLAINTIFF SEEKS TO INCLUDE ARMOR CORRECTIONAL HEALTH INC. AS DEFENDANTS IN HIS 42 U.S. 1983 LAW SUIT THESE ARE THE BSO MAIN JAIL CARE PROVIDERS THAT CLAIM RAMIREZ WAS EXTREMELY OUT OF CONTROL AND VIOLENT. YET PLAINTIFF WAS PUT IN A SUICIDE CELL FOR FOUR DAYS WITHOUT BEING TREATED FOR INJURIES IF THE INTAKE PICTURES WILL BE EXAMINE ALONG THE CLAIM CAUSE OF INJURIES IT WOULD CLEARLY EXPLAIN THE SYMPTOMS RAMIREZ - PLAINTIFF WAS EXHIBITING WERE RELATED TO THE CAR-BIKE ACCIDENT REPORTED IN MY INTAKE INFORMATION & PCA REPORT, PLAINTIFF PUT SEVERAL MEDICAL REQUEST COMPLAINING OF INFECTED INJURIES. THE NONE TREATMENT OF PLAINTIFFS INJURIES LEAD TO A SERIOUS INFECTION ALONG MRSA ALL PARTIES NAMED ARE DEFENDANTS FOR FAILING TO CARE IN WAYS EXPLAINED TO PLAINTIFFS SERIOUS MEDICAL NEEDS. PLAINTIFF SUFFERED SERIOUS MEDICAL CONSEQUENCES DO TO DEFENDANTS FAILURE TO PROVIDE

STATEMENT OF CLAIM

PART II

ADEQUATE CARE... PLAINTIFF ASKS WITH RESPECT THAT THE COURT CONSIDER THAT PLAINTIFF IS NOT A LAWYER AND HOPES THAT THE COURTS KNOW THAT PLAINTIFF CLAIMS ARE TRUE IN UNDER GOOD FAITH. THE PLAINTIFF IS PRO-SE IN THIS 42 U.S 1983 LAW SUIT ONCE AGAIN THE PLAINTIFF THANKS YOU PLEASE GRANT THE PLAINTIFFS PRO-SE 42 U.S 1983 LAW SUIT.

SIGNED [signature]
GENE RAMIREZ
DC# 193360

ADDED CLAIM #5. RAMIREZ CLAIMS THAT THE ARRESTING OFFICER FALSIFIED THE PROBABLE CAUSE AFFIDAVIT. OFFICER CARLOS GUERRA SHOULD BE HELD RESPONSIBLE. BECAUSE HE KNOWINGLY AND DELIBERATELY FALSIFIED A GOVERNMENT DOCUMENT AND SWORE TO IT UNDER OATH THAT IT'S CONTENTS WERE TRUE TO THE BEST OF HIS KNOWLEDGE ON APRIL 23, 2010 OFFICER CARLOS GUERRA WAS THE RESPONDING OFFICER TO A CALL FOR A DISTURBANCE. ON THE "PCA" OFFICER WROTE OF BEING A WITNESS BUT WHEN AT DEPOSITION AND AT GENE RAMIREZ PLAINTIFFS CRIMINAL TRIAL OFFICER SWORE HE DID NOT SEE ANY EVENT TAKE PLACE. THIS IS IN REFRENCE TO CASE #10-42765 SEE: EXHIBIT "D" PCA REPORT. AND PLAINTIFF WAS ARRESTED UNDER A FALSE REPORT. CLAIM OF FALSE ARREST AGAINST CARLOS GUERRA OFFICER. OFFICER CARLOS GUERRA VIOLATED RAMIREZ CONSTITUTIONAL RIGHTS AND DUE PROCESS RIGHTS AND CHIEF AL LAMBERTI NEVER CURED THIS ERROR COMMITTED BY HIS OFFICERS

CONTINUE......

# WHY RELIEF SOUGHT FOR CLAIMS

CLAIM I Relief should be granted. The first unit of emergency was the Fort. Laud. EMS team and fire rescue. They were the first individuals summon for a Car-bike accident. They saw plaintiffs conditions. They are trained medicals professionals They were aware by their profession that Car-bike accident have a high risk of known head injuries. Their statements to authorities was the man was out of control he was extemely out of control. Their failure to examine the injured bicyclist-plaintiff was cold hearted and unhuman, Showing no regards if the plaintiff was Mentally injured. They failed to provide Care in a case of an emergency situation.

CLAIM II

FORT LAUD. CITY failed to adequately train their officers in events that mandatory require medical emergency assistance

CLAIM III

Relief should be granted. The BSO main county jail broke facility rules and policies On 04-23-10. The BSO main county jail accepted plaintiff. Gene Ramirez After the PCA report was read "Stating Ramirez was in an accident while a bicyclist plaintiff was bloody obvious from injuries in accident Ramirez was alleged to be on drugs. Drugs also can cause death plaintiff was semi unconscious then entered into explosive behavior. The BSO main county jail ignored all symptoms and accepted plaintiff in his ill condition.

CLAIM IV Upon being accepted errously by the BSO main county jail. The Armor Correctional Health Inc. had Ramirez plaintiff isolated for reason I do not have knowledge of. The providers Armor Corr. health Inc. gave a medical opinion and their opinion was not based on facts. By plaintiff being isolated without any medical care for his injurias or for any psychological infirmities They cast none medical treatment, All intake inmates are require atleast physical screening this was not done. Upon my arrival at the BSO main County jail.

CLAIM V
officer fabricated a false Probable Cause Affidavit in Violation of my constitution rights.

CHIEF AL LAMBERTI
FAILED TO NOTICE OPERATIONS UNDER HIS AUTHORITY BE MANAGED ACCORDINGLY TO THE LAW,

# EXHIBITS

EXHIBIT "A"

# FORT LAUDERDALE POLICE DEPARTMENT

INTERVIEW OF John Lehman
Incident type AUTO BURGLARY

05/05/2010 @ 2:20 PM est.
Case# 10-042765

**Q = Detective Wilson #1093**

**A = John Lehman**

Q. The following would be a tape statement of witness John Lehman as given to Detective Wilson case number 10-42765 is being taken over the phone at Fort Lauderdale Police Department. Today's date is May 5th, 2010 time now is 2:20 PM. Mr. Lehman what is your full name, spell it and your date of birth?

A. My full name is John Daniel D as in do A-N-I-E-L Lehman L-E-H-M-A-N my date of birth is [redacted]

Q. And what is your address and phone number?

A. [redacted] Fort Lauderdale, Florida 33312. My uh phone number is [redacted]

Q. I'm a Detective with the City Fort Lauderdale Police Department this empower me to take your statement under oath. Do you solemnly swear to tell the truth, the whole truth and nothing but the truth, so help you God?

A. Yes, I do.

Q. Regarding the incident which occurred on April 23rd, 2010 at SW 4th Court and SW 27th Avenue can you tell me in your own words what happened reference the Burglary of the Auto?

A. Surely. Um I was on my way to work. I work at UPS so I was going about 4:30 or so in the morning. Um I was traveling North on SW 27th Avenue when I saw a um dump dumpster truck or a garbage truck um uh coming down South on twe...SW 27th Avenue. I also um witnessed a individual on a bicycle heading directly for the

**FORT LAUDERDALE POLICE DEPARTMENT**



dump truck literally in a head on collision. Um he was also going north. Um and at the last minute as I pass the truck and the bicyclist I noticed on my review um uh he kinda got out of uh out of site and you know fixed [ph] um fearing the worst I did see him reappear on the other side of the truck. Uh so basically uh it looked to me as if these this individual was playing chicken. Didn't look like he was in his right frame of mind, I don't know what anybody would be doing. Uh at that time in the morning on a bicycle heading down uh major roadway um the wrong way towards a big uh vehicle such as that. Um, uh the dump truck proceeded to go on its way. The bicyclist came coming his way going uh North on SW 27th Avenue when there was a car going south.

Q. Um-huh [positive response]

A. The car uh noticed the individual bicyclist by the time he noticed him though because all you see is uh black shadow uh which is what I recollected I saw in my review as well. Um the the driver of that vehicle uh heading south uh trekked on the brakes. I saw the lights in uh I saw everything happen in my review. Um because at this point I'm starting to slow down, again fearing the worst. The the driver of that vehicle pressed on the brakes. I saw the red lights come on. Um and the I saw the bicyclist literally turn into the late uh ah of the vehicle where then where then he uh was struck. He went flying off uh landing literally maybe two or three feet away from his bicycle. Uh bicycle damaged pretty much beyond repair. Gentleman was lying there in the middle of the street. No uh no blood uh if you no blood flow or anything of that sort coming out red from any or of his of his uh body. Um the I pro...that's when I proceeded to make u-turn heading back south

the car heading south made a u-turn heading back north. That's when we both merged on the scene and it just so happened that the that uh driver of the vehicle I happens to be a co-worker of mine at uh at UPS. We'd uh we emerged on the uh on the individual kinda laying there bit dazed, unconscious, but yet otherwise breathing and alive. Um uh my uh co-worker had was already I believe had his cell phone in hand was already on call with 911. Uh while waiting um he he approached the individual and told him I know what you're trying to do. You're trying to get uh paid or something to that affect. The individual apparently sprung up and said stop being a stitch X, Y and Z and proceeded to chase um um you know the the driver uh around the street, around and around and around to the point of exhaustion on the driver's end. Uh this individual suddenly was on something, appeared to be on something. Uh due to this shear nature of him just popping up after getting struck by a vehicle uh which in which he was definitely at fault, uh the bicyclist. Um and we just pretty much uh tried to hold our ground um he tried to engage, the bicyclist tried to engage the individual uh in uh fight uh physical figh...altercation. Um the uh driver called 911 as I said uh and about two or three times I tried to make a call in as well. Um so they were on their way. Um dur...during the whole fiasco the driver did manage to call his step son, I believe um and allude to what was going on he came by and this bicyclist then started to engage him as well into an altercation, a physical altercation. Um from there um this driver uh the step son I believe was telling the bicyclist to just calm down, uh it's worth any things of that nature. Basically just trying to deescalate the situation. He kept coming out and um and as well with the first uh driver uh

who he was struck by uh um screaming out racial slurs and epithets. Uh and uh claiming how he's in a gang called the Latin Kings and things uh that nature. Um I of course just stood idly by trying to calm him down as well. Um he made a few comments towards my way but never was uh...yeah I felt in danger but you know he was never coming after me. Uh I uh I am personally of Hispanic descent so I don't know if he just saw that as you I'm one of him  or to that nature. Um the second um individual he engaged uh the second driver uh again kept telling him and proceeding to tell him to stop and slow down and again tried to deescalate the situation that's where where by one point he did go to the back trunk of his car. Uh and produced a handgun which he did have a license to carry, uh was in the trunk and I think everything was the way it should be. Uh the cops on the scene did uh you know look at the at the weapon and uh and uh noticed that everything was in order so far as paperwork and things uh that nature. Um he pointed it at the individual and told him to stop because he felt threatened; he threw it back in his car because the individual was still coming at him even with the gun pointed to towards him. Um after that uh the the as I said the gentleman the bicyclist tried to engage them again in the altercation. The driver uh struck the individual uh about the face. The bicyclist went down but and the driver held him down in some type of hold but somehow the bicyclist managed to escape and proceed to uh chase him around yet again. It was at some point or uh in time where the police had not arrived yet but the ambulance down the street that end...from there we just waited for the police to show up which they of course did.

Q. Okay. You mentioned a bicyclist is that the individual that was arrested?

A. Yes, Ma'am.

Q. Okay. Okay if you um see this individual the bicyclist as you call him would you recognize him again?

A. One hundred percent.

Q. Okay, can you describe him for me?

A. Um Latin male. About five-five – five-six. Um receding hairline or crew cut. Um unkempt in the face I I believe he had a bit uh not facial hair but stubbles, if you will 5 o'clock shadow. Um....

Q. What's the approximate age on him?

A. Um age I would give him anywhere from twenty eight to thirty four.

Q. Okay. Did you sustain any injuries from this [overriding voices (inaudible)]

A. Uh no I did not, no I did not. Um I found out later he did bend my my um my uh my antennae on my vehicle because again he was chasing the individual around my truck as well. And he he did which I forgot to mention, did at one point run back to the bicycle tru...and proceeded to try and take off the the mangled tire to use as a weapon towards my uh my co-worker uh Mr. Thomas.

Q. Okay.

A. So this gentleman was definitely um (inaudible) and um doing whatever it was he (inaudible) used to do.

Q. Are you willing to testify in a court of law as to what you have stated to me in this statement?

A. Absolutely.

Q. Is there anything else you wish to add at this time?

A. Um just that um you know I definitely feel for the the the uh the bicyclist uh the the man who was arrested that evening. Um as for the simply fact that if if he was or is or does have a problem with drugs that he you know somehow we try and get him the help that he needs to maybe get off. Um because ap...ap...apparently he was not in his rit...his right frame uh mind that evening and uh when the uh police arrived on the scene I had been told that they had um not an altercation but they had some doing with him uh few hours earlier that evening when they were called to uh scene where they uh ap...approached or saw the individual trying to break into a home but they could not do anything because apparent the individual lives there, so they definitely know who they were dealing with with once uh they arrived on the scene.

Q. This would conclude the statement of Mr. Lehman as given to Detective Wilson time now is 2:34 PM

EXHIBIT "B"

# FLORIDA TRAFFIC CRASH REPORT
## NARRATIVE/DIAGRAM

MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

DO NOT WRITE IN THIS SPACE

| TIME EMS NOTIFIED (FATALITIES ONLY) | TIME EMS ARRIVED (FATALITIES ONLY) | DATE OF CRASH | COUNTY / CITY CODE | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| ☐ AM ☐ PM | ☐ AM ☐ PM | 4/23/10 | 10/38 | 10-42765 | 91395037 |

I responded to the listed location in reference to a disturbance. Upon arrival I observed Mr. Ramirez fighting Ofc. Guerra (1707) as he was attempting to take him into custody for actions made after the traffic crash. Ramirez appeared to be under the influence of mind altering drugs and possibly alcohol. V2 was facing northbound in the center of SW 27th Avenue where SW 4th Court intersects. The vehicle had a large dent and scratches in the front right fender and door, and the side mirror had been broken off. The bicycle that the pedestrian was riding was on the west side of the roadway, with a broken front wheel.

The driver of V2, Derico, stated that he was driving southbound in the 400 block of SW 27th Avenue when Ramirez came from the west side of the roadway on a bicycle with no lights, and rode into his front right fender. Derico then stopped his vehicle and turned around to render aid. When he stopped, Ramirez attacked him.

The witness to the crash stated that he was traveling northbound on SW 27th Avenue when he saw Ramirez ride his bicycle directly into the right front side of V2. He stopped and witnessed the events that occurred afterwards.

Ramirez was eventually taken into custody for multiple charges as a result of his actions post-crash. Ramirez did not appear to be injured from the crash, as he was able to fight with the driver of V2, the witness, and Ofc. Guerra.

See Ofc. Guerra's offense incident report for further information on the post-crash events.

| SEC# | PASS# | PASSENGER'S NAME | CURRENT ADDRESS | CITY & STATE | ZIP CODE | DATE OF BIRTH | RACE | SEX | LOC | INJ | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Violator(s)

| SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |

| WITNESS NAME (1) | CURRENT ADDRESS | CITY & STATE | ZIP CODE | WITNESS NAME (2) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| JOHN DANIEL LEHMAN | 2601 SW 14TH STREET, | FORT LAUDERDALE, FL | 33312 | | | | |

| FIRST AID GIVEN BY - NAME | 1. Physician or Nurse 2. Paramedic or EMT 3. Police Officer 4. Certified 1st Aider 5. Other | INJURED TAKEN TO: | BY - NAME |
|---|---|---|---|
| | ☐ | | |

| WAS INVESTIGATION MADE AT SCENE? 1. YES 2. NO | IF NO, THEN WHERE? | IS INVESTIGATION COMPLETE? 1. YES 2. NO | IF NO, THEN WHY? | DATE OF REPORT | PHOTOS TAKEN 1. YES 2. NO | IF YES, BY WHOM? 1. INVESTIGATING AGENCY 2. OTHER |
|---|---|---|---|---|---|---|
| ☐ | | ☐ | | | ☐ | ☐ |

| INVESTIGATOR - RANK & SIGNATURE | ID/BADGE NUMBER | DEPARTMENT | FHP | SO | PD | OTHER |
|---|---|---|---|---|---|---|
| HAGEMANN | 1696 | FT LAUDERDALE PD | ☐ | ☐ | ☒ | ☐ |

# FLORIDA TRAFFIC CRASH REPORT
LONG FORM

MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

DO NOT WRITE IN THIS SPACE

## Time & Location

| DATE OF CRASH | TIME OF CRASH | TIME OFFICER NOTIFIED | TIME OFFICER ARRIVED | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| 4/23/10 | 449 [X] AM [ ] PM | 501 [X] AM [ ] PM | 505 [X] AM [ ] PM | 10-42765 | 91395037 |

| COUNTY / CITY CODE | FEET | or MILE(S) | N S E W of | CITY OR TOWN (Check if in City or Town) | COUNTY |
|---|---|---|---|---|---|
| 10/38 | | | | FORT LAUDERDALE [X] | BROWARD |

| AT NODE NO. | or FEET | or MILE(S) | FROM NODE NO. | NEXT NODE NO. | NO. OF LANES | 1. DIVIDED 2. UNDIVIDED | ON STREET, ROAD OR HIGHWAY |
|---|---|---|---|---|---|---|---|
| | | | | | 4 | 2 | SW 27TH AVENUE |

| AT THE INTERSECTION OF (street, road or highway) | or FEET | MILE(S) | N S E W | FROM INTERSECTION OF (street, road or highway) |
|---|---|---|---|---|
| SW 4TH COURT | | | | |

## Section 1 — Vehicle [ ] / Pedestrian [X]

| DRIVER ACTION (1. Phantom 2. Hit & Run 3. N/A) | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 3 | - | BICYCLE | | | | | S/N SNFSD08B21653 |

TRAILER OR TOWED VEHICLE INFORMATION: | TRAILER TYPE:

Damage diagram: 1–17; 18 Undercarriage, 19 Overturn, 20 Windshield, 21 Trailer. SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREA(S):

| VEHICLE TRAVELING N S E W | ON | AT | Est. MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|---|---|
| [ ] N [ ] S [X] E [ ] W | SW 27TH AVENUE | | | | | | |

MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP): | POLICY NUMBER: | VEHICLE REMOVED BY: (1. Tow Rotation List 2. Tow Owner's Request 3. Driver 4. Other)

NAME OF VEHICLE OWNER (Check Box If Same As Driver) [ ] | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

NAME OF OWNER (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only) | CURRENT ADDRESS (Number and Street) | CITY, STATE AND ZIP CODE | US DOT or ICC MC IDENTIFICATION NUMBERS

| NAME OF DRIVER (Take From Driver License) / PEDESTRIAN | CURRENT ADDRESS (Number and Street) | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|
| GENE RAMIREZ | 4840 ROBBESMON PLACE | ORLANDO, FL 32808 | 7/27/71 |

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. END. | ALC/DRUG TEST TYPE (1 Blood 2 Breath 3 Urine 4 Refused 5 None) | RESULTS | ALC/DRUG | PHYS.DEF | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R562-280-71-267-0 | FL | 5 | 3 | 5 | . | 4 | 1 | 2 | 1 | 1 | (2) | 0 0 | 2 |

HAZARDOUS MATERIALS BEING TRANSPORTED (1 Yes 2 No): | PLACARDED (1 Yes 2 No): | IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND: | WAS HAZARDOUS MATERIALS SPILLED? (1 Yes 2 No): | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE (1 Yes 2 No): | DRIVER'S PHONE NO. ( )

## Section 2 — Vehicle [X] / Pedestrian [ ]

| DRIVER ACTION (1. Phantom 2. Hit & Run 3. N/A) | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 3 | 03 | FORD | 1 | 1 | X881JL | FL | 1FAFP53U03G164917 |

TRAILER OR TOWED VEHICLE INFORMATION: | TRAILER TYPE:

Damage diagram: 1–17 (3 and 4 circled); 18 Undercarriage, 19 Overturn, 20 Windshield, 21 Trailer. SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREA(S): 3

| VEHICLE TRAVELING N S E W | ON | AT | Est. MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|---|---|
| [ ] N [X] S [ ] E [ ] W | SW 27TH AVENUE | | 30 | 45 | 1500 | 2 | |

| MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY (1. Tow Rotation List 2. Tow Owner's Request 3. Driver 4. Other) |
|---|---|---|
| GEICO INDEMNITY CO. | POLICY # 4108659113 | DRIVER — 3 |

| NAME OF VEHICLE OWNER (Check Box If Same As Driver) [ ] | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| MAE REAMS | 600 SW 26TH AVENUE | FORT LAUDERDALE, FL 3312 | |

NAME OF OWNER (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only) | CURRENT ADDRESS (Number and Street) | CITY, STATE AND ZIP CODE | US DOT or ICC MC IDENTIFICATION NUMBERS

| NAME OF DRIVER (Take From Driver License) / PEDESTRIAN | CURRENT ADDRESS (Number and Street) | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|
| THOMAS EDWIN DERICO | 1240 NW 177 TERRACE | MIAMI, FL 33169 | 7/19/68 |

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. END. | ALC/DRUG TEST TYPE (1 Blood 2 Breath 3 Urine 4 Refused 5 None) | RESULTS | ALC/DRUG | PHYS.DEF | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D620-825-68-259-0 | FL | 5 | 3 | 5 | . | 1 | 1 | 2 | 2 | 1 | 1 | 2 5 | 1 |

| HAZARDOUS MATERIALS BEING TRANSPORTED (1 Yes 2 No) | PLACARDED (1 Yes 2 No) | IF YES, INDICATE NAME OR FOUR DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND | WAS HAZARDOUS MATERIALS SPILLED? (1 Yes 2 No) | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE (1 Yes 2 No) | DRIVER'S PHONE NO. |
|---|---|---|---|---|---|
| 2 | 2 | | 2 | 2 | (305) 986- 1733 |

## Code Information

**VEHICLE TYPE**
01 Automobile
02 Van
03 Light Truck/P.U.-2 or 4 rear tires
04 Medium Truck - 4 rear tires
05 Heavy Truck - 2 or more rear axles
06 Truck Tractor (Cab-Bobtail)
07 Motorhome (RV)
08 Bus (driver + seats for 9-15)
09 Bus (driver + seats for over 15)
10 Bicycle
11 Motorcycle
12 Moped
13 All Terrain Vehicle
14 Train
15 Low Speed Vehicle
77 Other

**VEHICLE USE**
01 Private Transportation
02 Commercial Passengers
03 Commercial Cargo
04 Public Transportation
05 Public School Bus
06 Private School Bus
07 Ambulance
08 Law Enforcement
09 Fire / Rescue
10 Military
11 Other Government
12 Dump
13 Concrete Mixer
14 Garbage or Refuse
15 Cargo Van
77 Other

**TRAILER TYPE**
01 Single Semi Trailer
02 Tandem Semi Trailer
03 Tank Trailer
04 Saddle Mount / Flatbed
05 Boat Trailer
06 Utility Trailer
07 House Trailer
08 Pole Trailer
09 Towed Vehicle
10 Auto Transport
77 Other

**RESIDENCE (Driver / Ped.)**
1 County of Crash
2 Elsewhere in State
3 Non-Resident of State
4 Foreign 5 Unknown

**DL TYPE**
1 A 2 B 3 C
4 D / Chauffeur
5 E / Operator
6 E / Oper - Rest
7 Other

**REQUIRED ENDORSEMENTS**
1 Yes
2 No
3 No Endorsement Required

**RACE**
1 White
2 Black
3 Hispanic
4 Other

**SEX**
1 Male
2 Female

**PHYSICAL DEFECTS**
1 No Defects Known
2 Eyesight Defect
3 Fatigue / Asleep
4 Hearing Defect
5 Illness
6 Seizure, Epilepsy, Blackout
7 Other Physical Defect

**INJURY SEVERITY**
1 None
2 Possible
3 Non-Incapacitating
4 Incapacitating
5 Fatal (Within 30 Days)
6 Non-Traffic Fatality

**ALCOHOL / DRUG USE**
1 Not Drinking or Using Drugs
2 Alcohol - Under Influence
3 Drugs - Under Influence
4 Alcohol & Drugs - Under Influence
5 Had Been Drinking
6 Pending ALC/DRUG Test Results

**SAFETY EQUIPMENT IN USE**
1 Not In Use
2 Seat Belt / Shoulder Harness
3 Child Restraint
4 Air Bag - Deployed
5 Air Bag - Not Deployed
6 Safety Helmet
7 Eye Protection

**LOCATION IN VEHICLE**
1 Front Left
2 Front Center
3 Front Right
4 Rear Left
5 Rear Center
6 Rear Right
7 In Body Of Truck
8 Bus Passenger
9 Other

**EJECTED**
1 No
2 Yes
3 Partial

HSMV-90003 (REV. 01/02)

Section 3

DRIVER ACTION: 1. Phantom 2. Hit & Run 3. N/A | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER

TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE

2 | 3 | 4 | 5 | 6 | 7 | 18 Undercarriage; 19 Overturn; 20 Windshield; 21 Trailer; 1 | 15 | 16 | 17 | 8; 14 | 13 | 12 | 11 | 10 | 9

SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREA(S)

Vehicle / Pedestrian

VEHICLE TRAVELING N S E W | ON | AT | Est. MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE

MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY: | 1. Tow Rotation List 3. Driver 2. Tow Owner's Request 4. Other

NAME OF VEHICLE OWNER (Check Box If Same As Driver) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

NAME OF OWNER (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only) | CURRENT ADDRESS (Number and Street) | CITY, STATE AND ZIP CODE | US DOT or ICC MC IDENTIFICATION NUMBERS

NAME OF DRIVER (Take From Driver License) / PEDESTRIAN | CURRENT ADDRESS (Number and Street) | CITY, STATE & ZIP CODE | DATE OF BIRTH

DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. END. | ALC/DRUG TEST TYPE 1 Blood 3 Urine 5 None 2 Breath 4 Refused | RESULTS | ALC/DRUG | PHYS.DEF | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT.

HAZARDOUS MATERIALS BEING TRANSPORTED 1 Yes 2 No | PLACARDED 1 Yes 2 No | IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND. | WAS HAZARDOUS MATERIALS SPILLED? 1 Yes 2 No | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE 1 Yes 2 No | DRIVER'S PHONE NO. ( )

# 1 PROPERTY DAMAGED - OTHER THAN VEHICLES | EST. AMOUNT | OWNER'S NAME | ADDRESS | CITY | STATE | ZIP

# 2 PROPERTY DAMAGED - OTHER THAN VEHICLES | EST. AMOUNT | OWNER'S NAME | ADDRESS | CITY | STATE | ZIP

**CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN** (1: 3, 9; 2: 1)

01 No Improper Driving / Action
02 Careless Driving (Explain In Narrative)
03 Failed To Yield Right-of-Way
04 Improper Backing
05 Improper Lane Change
06 Improper Turn
07 Alcohol-Under Influence
08 Drugs-Under Influence
09 Alcohol & Drugs-Under Influence
10 Followed Too Closely
11 Disregarded Traffic Signal
12 Exceeded Safe Speed Limit
13 Disregarded Stop Sign
14 Failed to Maintain Equip. / Vehicle
15 Improper Passing
16 Drove Left of Center
17 Exceeded Stated Speed Limit
18 Obstructing Traffic
19 Improper Load
20 Disregarded Other Traffic Control
21 Driving Wrong Side / Way
22 Fleeing Police
23 Vehicle Modified
24 Driver Distraction (Explain In Narrative)
77 All Other (Explain In Narrative)

**VEHICLE DEFECT** (1: 1; 2: 1)

01 No Defects
02 Def. Brakes
03 Worn / Smooth Tires
04 Defective / Improper Lights
05 Puncture / Blowout
06 Steering Mech.
07 Windshield Wipers
08 Equipment / Vehicle Defect
77 All Other (Explain In Narrative)

**POINT OF VEHICLE IMPACT ON ROADWAY** (1: 01; 2: 01)

01 On Road
02 Not On Road
03 Shoulder
04 Median
05 Turn Lane

**WORK AREA** (1: 1)

01 None
02 Nearby
03 Entered

**VEHICLE MOVEMENT** (1: 77; 2: 1)

01 Straight Ahead
02 Slowing/Stopped/ Stalled
03 Making Left Turn
04 Backing
05 Making Right Turn
06 Changing Lanes
07 Entering/Leaving Parking Space
08 Properly Parked
09 Improperly Parked
10 Making U-Turn
11 Passing
12 Driverless or Runaway Veh.
77 All Other (Explain In Narrative)

**VEHICLE SPECIAL FUNCTIONS** (1: /; 2: 1)

1 None
2 Farm
3 Police Pursuit
4 Recreational
5 Emergency Operation
6 Construction / Maintenance

**SOURCE OF CARRIER INFORMATION** (1: /; 2: 1)

1 Not Applicable
2 Shipping Papers
3 Vehicle Side
4 Driver
5 Other

**PEDESTRIAN ACTION** (1: 02)

01 Crossing Not at Intersection
02 Crossing at Mid-block Crosswalk
03 Crossing at Intersection
04 Walking Along Road With Traffic
05 Walking Along Road Against Traffic
06 Working on Vehicle In Road
07 Working In Road
08 Standing/Playing In Road
09 Standing In Pedestrian Island
77 All Other (Explain In Narrative)
88 Unknown

**LOCATION TYPE** (2)

1 Primarily Business
2 Primarily Residential
3 Open Country

**FIRST / SUBSEQUENT HARMFUL EVENT(S)** (1: 06; 2: /)

01 Collision With MV in Transport (Rear-end)
02 Collision With MV in Transport (Head-on)
03 Collision With MV in Transport (Angle)
04 Collision With MV in Transport (Left Turn)
05 Collision With MV in Transport (Right Turn)
06 Collision With MV in Transport (Sideswipe)
07 Collision With MV in Transport (Backed Into)
08 Collision With Parked Car
09 Collision With MV on Roadway
10 Collision With Pedestrian
11 Collision With Bicycle
12 Collision With Bicycle (Bike Lane)
13 Collision With Moped
14 Collision With Train
15 Collision With Animal
16 MV Hit Sign / Sign Post
17 MV Hit Utility Pole / Light Pole
18 MV Hit Guardrail
19 MV Hit Fence
20 MV Hit Concrete Barrier Wall
21 MV Hit Bridge/Pier/Abutment/Rail
22 MV Hit Tree /Shrubbery
23 Collision With Construction Barricade Sign
24 Collision With Traffic Gate
25 Collision With Crash Attenuators
26 Collision With Fixed Object Above Road
27 MV Hit Other Fixed Object
28 Collision With Moveable Object On Road
29 MV Ran Into Ditch/Culvert
30 Ran Off Road Into Water
31 Overturned
32 Occupant Fell From Vehicle
33 Tractor/Trailer Jackknifed
34 Fire
35 Explosion
36 Downhill Runaway
37 Cargo Loss or Shift
38 Separation of Units
39 Median Crossover
77 All Other (Explain In Narrative)

**ROAD SYSTEM IDENTIFIER** (05)

01 Interstate
02 U.S.
03 State
04 County
05 Local
06 Turnpike / Toll
07 Forest Road
77 All Other (Explain In Narrative)

**LIGHTING CONDITION** (04)

01 Daylight
02 Dusk
03 Dawn
04 Dark (Street Light)
05 Dark (No Street Light)
88 Unknown

**ROAD SURFACE CONDITION** (01)

01 Dry
02 Wet
03 Slippery
04 Icy
77 All Other (Explain In Narrative)

**WEATHER** (01)

01 Clear
02 Cloudy
03 Rain
04 Fog
77 All Other (Explain In Narrative)

**ROAD SURFACE TYPE** (02)

01 Slag / Gravel / Stone
02 Blacktop
03 Brick / Block
04 Concrete
05 Dirt
77 All Other (Explain In Narrative)

**ROAD CONDITIONS AT TIME OF CRASH** (01)

01 No Defects
02 Obstruction With Warning
03 Obstruction Without Warning
04 Road Under Repair / Construction
05 Loose Surface Materials
06 Shoulders - Soft / Low / High
07 Holes / Ruts / Unsafe Paved Edge
08 Standing Water
09 Worn / Polished Road Surface
77 All Other (Explain In Narrative)

**VISION OBSTRUCTED** (01)

01 Vision Not Obscured
02 Inclement Weather
03 Parked / Stopped Vehicle
04 Trees / Crops / Bushes
05 Load On Vehicle
06 Building / Fixed Object
07 Signs / Billboards
08 Fog
09 Smoke
10 Glare
77 All Other (Explain In Narrative)

**TRAFFIC CONTROL** (01)

01 No Control
02 Special Speed Zone
03 Speed Control Sign
04 School Zone
05 Traffic Signal
06 Stop Sign
07 Yield Sign
08 Flashing Light
09 Railroad Signal
10 Officer / Guard / Flagperson
11 Posted No U-Turn
12 No Passing Zone
77 All Other Explain In Narrative

**SITE LOCATION** (02)

01 Not At Intersection / RR X'ing / Bridge
02 At Intersection
03 Influenced By Intersection
04 Driveway Access
05 Railroad
06 Bridge
07 Entrance Ramp
08 Exit Ramp
09 Parking Lot-Public
10 Parking Lot-Private
11 Private Property
12 Toll Booth
13 Public Bus Stop Zone
77 All Other (Explain In Narrative)

**TRAFFICWAY CHARACTER** (01)

01. Straight-Level
02. Straight-Upgrade / Downgrade
03. Curve-Level
04. Curve-Upgrade / Downgrade

**TYPE SHOULDER** (03)

01. Paved
02. Unpaved
03. Curb

**Violator(s)**

| SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | GENE RAMIREZ | 316.2065 | BICYCLE FTYROW | 5526-GDE |
| 1 | GENE RAMIREZ | 316.2065(8) | RIDE BICYCLE AT NIGHT/ NO LIGHTS | 5527-GDE |
| | | | | |
| | | | | |

DIAGRAM


INDICATE NORTH
WITH ARROW
10-42765
* NOT TO SCALE
SW 27 AVENUE
SW 4 CT
APO I
2
2
W

EXHIBIT "C"

**Armor Correctional Health Services, Inc.**

**INTERNAL CLINIC REFERRAL FORM**

Date: 4-23-10

Referral to: (Check one)

- [ ] Medical
- [x] Behavioral Health
- [ ] Dental
- [ ] Case Management
- [ ] HIV Testing
- [ ] Medication non-compliance counseling
- [ ] Other: ______

**PRIORITY: (Check one)**

- [x] Urgent (ASAP): Nature of Problem: PT Placed on suicide watch for potential harm to himself and others. PT flooding Toilet in cell and drinking from floor + spitting it out, very aggressive + Threatening BSO and medical staff as well as other inmates.
- [ ] Routine: Nature of Problem:

Chronic Care Clinic: (Check all that apply)

- [ ] Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
- [ ] Endocrine (Diabetes, Thyroid, etc.)
- [ ] Gastrointestinal (Hepatitis, Cirrhosis, etc.)
- [ ] Immunity (HIV)
- [ ] Miscellaneous (Glaucoma, Sickle Cell, etc.)
- [ ] Neurology (Epilepsy, Seizure Disorder, etc.)
- [ ] Oncology (Cancer, Leukemia, etc.)
- [ ] Pulmonary (Asthma, COPD, etc.)
- [ ] Renal (Dialysis, Kidney Disease, etc.)
- [ ] Tuberculosis (+PPD, TB Disease)

SIGNATURE: K Mulvihill

PRINT NAME AND TITLE: K Mulvihill

| PATIENT NAME: | NO: | D.O.B. | SEX: | LOCATION: |
|---|---|---|---|---|
| Ramirez, Gene | [redacted] | [redacted] | M | Main |

# Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

___________________________ ___________________________
(Inmate Name) (Nombre) (Non) (ID #)

___________________ ___________________ ___________________
(Date of Birth) (Fecha de Nacimiento) (Dat Nesans Prizonye a) | ( Localidad) (Lojman) (Housing Unit/Cell#) | (Fecha) (Dat) (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

**DATE/TIME RECEIVED:** [illegible] **NURSE SIGNATURE:** ____________

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: ____________

☐ Referral to HCP: ____________

☐ Refer to Dental: ____________

☐ Refer to Behavioral Health: ____________

☐ Refer to Nurse Sick Call: ____________

☐ Call Provider w/ Assessment: Temp ____ Pulse ____ Resp ____ BP ____ Wt ____

☐ Other

**TRIAGE DATE/TIME:** ____________ **NURSE SIGNATURE:** ____________

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

[illegible] (Inmate Name) (Nombre) (Non)

[illegible] (ID #)

[illegible] (Date of Birth) (Fecha de Nacimiento) (Dat Nesans Prizonye a)

[illegible] ( Localidad) (Lojman) (Housing Unit/Cell#)

[illegible] (Fecha) (Dat) (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

[illegible]

My lower back keep making cracks when I move

**DATE/TIME RECEIVED:** ________________ **NURSE SIGNATURE:** ______________________________

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: ____________________

☐ Refer to Behavioral Health: __________

☐ Referral to HCP: ____________

☐ Refer to Nurse Sick Call: __________

☐ Refer to Dental: ____________

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP ______ Wt _____

☐ Other

______________________________________________________________________

______________________________________________________________________

**TRIAGE DATE/TIME:** __________________ **NURSE SIGNATURE:** ____________________________

# Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

[illegible] ____________ [illegible]

(Inmate Name) (Nombre) (Non) — (ID #)

[illegible] — [illegible] — [illegible]

(Date of Birth) (Fecha de Nacimiento) (Dat Nesans Prizonye a) — ( Localidad) (Lojman) (Housing Unit/Cell#) — (Fecha) (Dat) (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

[illegible]

| | |
|---|---|
| **DATE/TIME RECEIVED:** [illegible] | **NURSE SIGNATURE:** [illegible] |

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

- ☐ Urgent: ____________
- ☐ Refer to Behavioral Health: ____________
- ☐ Referral to HCP: ____________
- ☐ Refer to Nurse Sick Call: ____________
- ☐ Refer to Dental: ____________
- ☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP ______ Wt _____
- ☐ Other

| | |
|---|---|
| **TRIAGE DATE/TIME:** ____________ | **NURSE SIGNATURE:** ____________ |

PT-005 (White Copy – Inmate Medical File Yellow Copy – Inmate) Revised 09/20/07

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

[illegible] — (Inmate Name) (Nombre) (Non)

[illegible] — (ID #)

[illegible] — (Date of Birth) (Fecha de Nacimiento) (Dat Nesans Prizonye a)

[illegible] — ( Localidad) (Lojman) (Housing Unit/Cell#)

[illegible] — (Fecha) (Dat) (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

I have bad ache around back of neck
sore muscle pain short of breath due
to incident day of my arrest on 3-23-201[illegible]
I was hit by a car (auto) lower back
area I can't stand up for 5 minutes without
having pain to my right and left side
area
Thank you

**DATE/TIME RECEIVED:** [illegible] **NURSE SIGNATURE:** [illegible]

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

- ☐ Urgent: ______
- ☐ Refer to Behavioral Health: ______
- ☐ Referral to HCP: ______
- ☐ Refer to Nurse Sick Call: ______
- ☐ Refer to Dental: ______
- ☐ Call Provider w/ Assessment: Temp ____ Pulse ____ Resp ____ BP ____ Wt ____
- ☐ Other

**TRIAGE DATE/TIME:** ______ **NURSE SIGNATURE:** ______

PT-005 (White Copy – Inmate Medical File Yellow Copy – Inmate) Revised 09/20/07

EXHIBIT

VIOLATIONS BUREAU — HELD OUT OF ACTION ON CASE

**SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY**

☒ ARREST FORM

BROWARD COUNTY ARREST# 10-3541 — 2010 APR 23 AM [illegible] 29-34

| Filing Agency | Offense Report | Local ID# | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| FLPD | 10-42765 | | | | [redacted] |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| RAMIREZ | GENE | | | | |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 57 | 160 | BLK | BRW | light | | 7/12/71 | CONNECTICUT |

Permanent Address: 4840 Robbesmon PL ORLANDO FL 32808

Scars, marks, TT:

Residence Type (1) City (2) County (3) Florida (4) Out of State — Local Address:

Place of Employment: NONE — Length: NONE

| How long defendant in Broward County: | Breathalyzer by /CCN | Reading | Place of arrest | Date/time arrested | Arresting Officer(s) CCN |
|---|---|---|---|---|---|
| | N/A | N/A | SW 4 PL 27 AVE | 4/23/10 0602 | GUERRA 1707 |

| Officer injured: Y☐ N☒ | Unit | Zone | Beat | Shift | Trans. Unit | PMD: Y☐ N☒ | Transporting Officer/CCN | Pick-up Time | Time Arrived/ BSO |
|---|---|---|---|---|---|---|---|---|---|
| | 3A326 | 308 | 26 | 3 | 9359 | | 1707 | | |

TYPE / ACTIVITY: N / N

| Type: | | | Activity | | | Indication of: | Y | N | UK |
|---|---|---|---|---|---|---|---|---|---|
| N-N/A | E-Heroin | P-Paraphernalia/ Equipment | N-N/A | T-Traffic | M-Manufacture/ Produce/Cultivate | Alcohol Influence | ☐ | ☐ | ☒ |
| A-Amphetamine | H-Hallucinogen | S-Synthetic | P-Possess | A-Smuggle | K-Dispense/ Distribute | Drug Influence | ☐ | ☐ | ☒ |
| B-Barbiturate | M-Marijuana | U-Unknown | S-Sell | D-Deliver | Z-Other | | | | |
| C-Cocaine | O-Opium | Z-Other | B-Buy | E-Use | | | | | |

Attach Defendant's Photo

**Defendant's Vehicle Make:** ______ **Type:** ______ **Year:** ______ **Color:** ______ **VIN #** ______

**Vehicle Towed to:** ______ **Tag#** ______ **Other Identifiers or remarks:** ______

**Name of victim(s)** (if corporation, exact legal name and state of incorporation): BERNARD WILLIAMS.

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | BURGLARY CONV/BATTERY | | F.S.S. 810.02-[illegible] 2a |
| 2 | BATTERY | | F.S.S. 784.03-1a1 |
| 3 | Resisting w/violence | | FSS 843.01 |
| 4 | Resisting w/o violence | | FSS 843.02 |

**Probable Cause Affidavit**

Before me this date personally appeared C. GUERRA 1707 // who being first duly sworn deposes and says that on 23 day of APRIL, (year) 2010 at SW 4 PL & 27 AVE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

Responded To The listed location in reference To A Disturbance. Upon Arrival I observed The Def Actively punching with a close fist The victim's drivers window (Bernard Williams). Def continued to punch The window breaking it and ~~getting access~~ unlawfully gaining entry To The victims conveyance. While inside the def conveyance he proceeded To strike The victim on The chest with a close fist. These actions were done against The victims will. I gave The def a loud several commands To stop. Def did not complied and refused my verbal commands and turned around and raise his hands and took a fighting stance to confront me. Def Then walked

I swear the above statement is correct and true to the best of my knowledge and belief.

| [signature] | GUERRA 1707 | DIST 3 PATROL |
|---|---|---|
| Officer/Affiant's Signature | Officer's Name/CCN | Officer's Division |

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 23 day of April, 2010 (year), by GUERRA (name and title), who is personally known to me or has produced ______ as identification.

[signature] — Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

PTL 1621 — Title/Rank and CCN

GRANT MOVE — Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig – Court
2nd – State Attorney
3rd – Filing
4th – Arresting Agency

BSO DB#2 (Revised 05/00) (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)

**COMPLAINT AFFIDAVIT**
**PROBABLE CAUSE AFFIDAVIT CONTINUATION**

BROWARD COUNTY

☒ ARREST FORM

ARREST# 103541

OBTS#

| Filing Agency | Offense Report # | Arresting Officer | CCN | FBI | SS# |
|---|---|---|---|---|---|
| FLPD | 10-42765 | ~~XXX~~ GUERRA | 1707 | | [redacted] |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| RAMIREZ | GENE | | | | |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 5 | RIDING BICYCLE W/OUT PROPER LIGHTS | UTC 5527-GDE | FS 316.2065(8) |
| 6 | FAIL TO YIELD TO VEHICLE (BICYCLE) | UTC 5526-GDE | FS 316.2065 |
| | | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared GUERRA who being first duly sworn deposes and says that on 23 day of APRIL, (year) 2010 at SW 4 PL SW 27 AVE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

AGGRESSIVELY TOWARDS ME YELLING "FUCK YOU PIG". I IMMEDIATELY PLACE MYSELF ON A GUARD STAND ADVISING THE DEF TO GET ON THE GROUND. DEF DID NOT COMPLIED AND CONFRONTED ME. DEF THEN SWING BOTH ARMS WITH A CLOSED FIST ATTEMPTING TO STRIKE ME. I IMMEDIATELY AVOID THE STRIKES AND ~~[illegible]~~ PLACED THE DEF ON AN ARM LOCK DRIVING THE DEF INTO THE GROUND. DEF STILL REFUSED TO FOLLOW ORDERS. AFTER SEVERAL SECONDS STRUGGLING ON THE GROUND I WAS ABLE TO GAIN CUSTODY ~~WITH~~ OF THE DEF BY PLACING THE HANDCUFFS ON HIM. DEF KEPT SPITTING AND BEEN AGGRESSIVE AND COMBATIVE REFUSING ORDERS. DEF WAS THEN PLACE INTO MY POLICE MARKED VEHICLE AND TOT ~~[illegible]~~ BSO MAIN JAIL FOR FURTHER PROCESSING.

PRIOR TO MY ARRIVAL DEF WAS ON HIS BICYCLE ON SW 27 AVE WITH NO LIGHTS, AND RODE INTO TRAFFIC, HITTING THE SIDE OF A VEHICLE, CAUSING DAMAGE TO THE VEHICLE.

I swear the above statement is correct and true to the best of my knowledge and belief.

[signature] Officer/Affiant's Signature — GUERRA 1707 Officer's Name/CCN — PATROL 3 Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 23 day of APRIL 2010 (year), by GUERRA (name and title), who is personally known to me or has produced ______ as identification.

[signature]
Notary Public, Deputy Clerk of the Court, or Assistant State Attorney — PTL. 1621 Title/Rank and CCN

GRANT MOULE
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig _ Court
2nd – State Atty
3rd – Filing
4th - Arresting Agency

BSO DB#2a (Revised 05/00)

Signed this 20th day of June, 2014

[signature] DC#193360

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06-20-2014 [signature] DC#193360

Signature of Plaintiff

GENE RAMIREZ
DC# 193360 Q3-115L
APALACHEE CORRECTIONAL INSTITUTION EAST UNIT
35 APALACHEE DR.
SNEADS, FLORIDA 32460




MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

USMS INSPECTED
BY

United States District Court
Southern District of Florida
Office of the Clerk-Room 8No9
400 North Miami Avenue
Miami, Florida 33128

LEGAL
MAIL

Legal Mail!

… CORRECTI…
…UTION ON G. R. FOR MA…
DATE
06-23-14
G. R.